```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 35120
  ROBERT MICHAEL BISHOP
  LORI LYNN BISHOP                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-2250    SSN XXX-XX-5771
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/22/04 and confirmed on 11/12/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 59352.14 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED | 10275.00 | 501.89 | 10275.00 |
| CITIZENS BANK | SECURED | 9925.00 | 733.06 | 9925.00 |
| ECAST SETTLEMENT CORP | SECURED | 300.00 | 11.38 | 300.00 |
| ROYAL RESORT VACATION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 28653.01 | .00 | 7540.80 |
| ROUNDUP FUNDING LLC | UNSECURED | 8677.20 | .00 | 2283.64 |
| CAPITAL ONE FINANCIAL | UNSECURED | 5814.45 | .00 | 1530.23 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 21138.04 | .00 | 5563.04 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2953.09 | .00 | 777.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2537.90 | .00 | 667.92 |
| DUPAGE FAMILY MEDICINE S | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17324.56 | .00 | 4559.42 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | 130.07 | .00 | 34.23 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 6777.66 | .00 | 1783.72 |
| CITIZENS BANK | UNSECURED | 7028.22 | .00 | 1849.66 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 861.48 | .00 | 226.72 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4846.00 | .00 | 4846.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20500.00 | 4846.00 | 101895.68 | .00 | 127241.68 |

```
PRINCIPAL PAID         20500.00       4846.00      26816.56          .00     52162.56
INTEREST PAID           1246.33           .00          .00           .00      1246.33
TOTAL PAID             21746.33       4846.00      26816.56          .00     53408.89
```
The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   2391.11 .

Refunds to the Debtor totaled $    852.14 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/10/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 04 B 35120 ROBERT MICHAEL BISHOP & LORI LYNN BISHOP